AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )
  )   Case No. 1:19-mj-00073
  )
Information associated with the Facebook user ID  )
https://www.facebook.com/devin.lewis.566  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
  SEE ATTACHMENT A:  Property to Be Searched

located in the ____Western____ District of ____Michigan____, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B:  Particular Things to be Seized

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
  ☑ evidence of a crime;
  ☐ contraband, fruits of crime, or other items illegally possessed;
  ☐ property designed for use, intended for use, or used in committing a crime;
  ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:
SEE ATTACHED CONTINUATION OF APPLICATION FOR SEARCH WARRANT

  ☑ Continued on the attached sheet.
  ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

DAVID BALKEMA, SPECIAL AGENT ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: February 28, 2019

_____
Judge's signature

City and state: Grand Rapids, Michigan

Ellen S. Carmody, U.S. Magistrate Judge
Printed name and title