## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID https://www.facebook.com/devin.lewis.566 that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.